THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CALLETTI and SAMUEL LEVY, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLIAM BISCHOFF, Respondent, v. TRANSATLANTIC TRUST COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

LOUIS OSLON and Another, Copartners, Doing Business under the Firm Name and Style of OSLON PAINTING AND DECORATING COMPANY, Respondents, v. CHARLES MARK and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FRUENDLICH & MALTER Co., INC., Respondent, v. LOUISA APPELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

AARON SCHWARTZBACH, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Clarke, P. J., dissenting.

HENRY V. GOTTLIEB, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

IDA WINGERS MEYER, Respondent, v. ARTHUR W. DRUBIN and Another, Individually and as Copartners Engaged in Business under the Firm Name and Style of DRUBIN BROS., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ALFRED R. SCHMID, Appellant, v. HORACE C. DUVAL and Others, Doing Business under the Firm Name and Style of H. C. DUVAL & Co., Respondents.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that there was a question of fact for the jury. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ISAAC FRIEDMAN, Respondent, v. BERNARD BUXBAUM and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HELEN DE BOWER, Appellant, v. HERBERT F. DE BOWER, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLIAM R. AMANN, Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.